Our second case is number 22-1430, Monterey Research, LLC v. Vidal. Okay, Mr. Jackson. Thank you. Thank you, Your Honor. May it please the Court. So this appeal involves two separate IPRs, and I'm going to start sequentially with the 989 IPR. This IPR relates to the reference, the Vorbach reference, and I think that if we affirm on Vorbach, then we don't get to PIC-16, right? Or don't need to reach the PIC-16 question. That's correct. Okay. This is not true vice versa, right? That is correct because of the application note that was used for certain claims in the PIC-16 IPR. So with respect to the single register write operation, so I think you need to start with the specification of the 407 patent to understand what it means to configure in the patent the programmable digital circuit block, the PDCB, for performing the digital functions. Well, it turns on whether the reuse is substantial or not, right? That's the second issue, Your Honor, which I flipped them for oral argument. The first issue in the briefing is the substantial reuse and whether that constitutes a programmable digital circuit block. Yeah, that was my question. It all depends on whether Vorbach shows substantial reuse, right? I think, in my mind, they are separate issues, either of which could be dispositive one way or the other. So I think that you have to have, in this IPR, you have to have both a programmable digital circuit block, which invokes whether there's substantial reuse of circuit elements, and you also have to satisfy the single register write operation. Right, but you're talking about the first one of those. I'm talking about the single register write operation, if I could. I can go with you. I'm sorry to confuse you, Your Honor. Single register write operation. Single register write operation. And this invokes the requirement that the block be configured to perform digital functions. And so the question is, what does the 407 patent say about the configuration of the programmable digital circuit block? Okay, but on that one, the FPLU performs all of the functions, right? And the only use of the MPLU, which is also necessary, is to connect from the chip to the outside, right? The FPLU register is described as configuring the functions of the block. And the MPLU performs the function of the interconnections to the outside. To the outside world. But that's essential to performing the functions, Your Honor, because in the specification, it talks about how the programmable digital circuit blocks are 8-bit circuit modules that can be programmed to perform a variety of digital functions. It goes on, and this is in Column 2, it goes on in Column 2 to explain that the programmable digital circuit blocks can be figured as these various functions that are listed there, each of which, by the way, requires an input and an output. And then the specification later in Column 2 at Line 21 says the programmable digital circuit blocks can be configured to be coupled in series or in parallel to handle more complex functions. So their outputs are then, if it's in serial, they're routed downstream to the next block, which performs some additional processing on the data. And there's a third option. There's serial parallel, and then there's the situation where the block is configured by itself to perform the function, right? And so you have to be able to configure that MPLU register to know whether the outputs are going to be sent to another programmable digital circuit block or not, or whether they're being used in parallel to perform parallel processing of the data. And without that, you're not configuring the PDCB to perform the function, because you're not going to just... It would be unknown as to how the external configuration of that block is, because the data... So the question is whether when the claim says pre-determined digital functions, whether that includes connecting the chip to the outside. That's correct, Your Honor. And I think based on especially Column 2 lines, roughly lines 3 down to 23, it's clear that when it talks about configuring, in the 407 patent, it is including that interconnection to the other elements in the larger array. And that's also consistent in the Vorbach reference itself. There's a definition section, I believe it is. And in Vorbach, this is in Column 17. Can you just go back for a second to Column 2 of the 407? Yes. What language in there supports the idea, which I think I heard you articulate, that for any digital function, connection to the outside world is part of configuring, as opposed to a digital function of communicating through a serial port would be one example, but others might not. I understand, Your Honor. I think it's in the larger context of explaining in particular, this is a Column 2 line, I think it's 21 to 23, that the programmable digital circuit block can be configured to be coupled in serial or parallel to handle more complex operations. Implied in that is that it wouldn't be configured in serial or parallel to perform these more simple operations, but it still would need to be set accordingly so that the array routes the data appropriately within the array. So it doesn't route it to another programmable digital circuit block that isn't expecting that data and that performs some other operation on the data when it shouldn't be. This is how the overall array shown in Figure 1 is configured. I'm sorry. I'm not understanding what that part of the specification has to do with the issue we're discussing. So it depends on what is necessary to perform the digital function. I thought you said that the mCleric is not necessary to perform the functions within the chip. I'm sorry, I didn't hear the first part. I thought you said that the mCleric is not necessary to perform the functions within the chip. I think that the interconnections are essential to determining the proper operation of that programmable digital circuit block and what data it uses. But you said that the mCleric doesn't help perform functions within the chip. It connects to the outside. And I'm not understanding from that view of it what this language has to do with whether connecting to the outside is a function within the median plane. Well, Your Honor, I think it's the reading of the... I focused on Column 2 and how it talks about configuring this data, this block, rather, serial parallel or... And that's where we're talking about configuration within the block. Well, that's implicitly the construction the Board adopted. We're talking about just configuration on certain logic elements within the programmable digital circuit block. But in Figure 1, it clearly shows that the inputs and outputs are also part of the programmable digital circuit block, along with the data registers and configuration registers. So it's not limited to the selectable logic circuits that are shown in Figure 1. But in the prior arc, in Vorbach, that's essentially what the Board did is they took this Figure 1 and narrowed it down to just the selectable logic circuits, 30, and said you only have to configure those. That's all that's required in this claim. But that's not really consistent with the broader teachings of the patent, as I say, in particular, in Column 2. What about the lower one-third of Column 5 of the 407 patent, which appears to be making a distinction between configuring something and then interfacing that same thing? You know... Are you referring... Like the first sentence, starting at line 43, maybe. In general, the number of bits in the configuration data is sufficiently small to enable the configuration registers to be programmed on the fly so that the programmable digital circuit block 100 can be dynamically configured and interfaced. And then further down in the new paragraph, the connections 50A to 50E between the configuration registers 50 enable the configuration registers to properly configure the programmable digital circuit block 100 to any one of the predetermined digital functions and to properly interface the programmable digital circuit block 100 with other programmable digital circuit blocks in series or in parallel. So... Configure here seems to exclude interfacing, whatever interfacing means. And perhaps interfacing is talking about these kinds of interconnections, which is what the mterg is about in Vorbach. I think that those... Setting the interconnection is part of the configuration. And I understand that when it wants to be more specific about it's talking about the relationship of one block to another block. It does use this term interface. I'm sorry, interconnection. So doesn't it seem like this passage that we just wrote together makes configuring and interfacing two different things? Well, I disagree, Your Honor, based on the totality of the patent. But also if you look up above in the same column, column 5, line looks like 28 down to the end of that paragraph at line roughly 42, it talks about the configuration data includes and then it lists a series of different types of configuration data. And number 5 is bits for indicating and configuring the interface. So there it's talking about configuring the interface. So it's using those two terms side by side. The interface between adjacent PDCBs that are coupled together and then in parentheses it talks about whether it be in serial, cascading them for serial or for parallel interfacing. And in Vorbach also... But it must be patent. I'm sorry? Nothing. Keep going. And in Vorbach it has in column 17 a definition of configuring that includes, it says determining the function and interconnection of a logic unit, AFPGASL or PAE. So within the context of configuring even in the prior art reference, it's including the two subcategories of... Extrinsic evidence. That's true, Your Honor. That's true. But within the 407 patent I think there are plenty of references and we've just touched on a couple here, probably the more significant ones that explain that the configuration of the block to perform its function, that's what it does. But it includes this idea of the interconnection. In Vorbach, which I know you were trying to talk about a little bit earlier, is there any digital function that can be performed without an interconnect? No, because all of the... Based on my recollection of the reference, I'm not aware of any because all of these different functions are going to require an input and an output at least. So it has to know where the data is going to be routed within the larger array for the overall operation of the device to work properly. It can't be sending data to a different PAE than... PAE? PAE, yes. What's that stand for? Programmable processing array element, I think it is. That's shown in Figure 1, for example, of Vorbach. And it's your position that the M clue reg is required for that and therefore is required for any digital function of the block? That is our position, Your Honor. I've exceeded my time and have barely touched on these things. We'll give you two minutes, Your Honor. I'm sorry, Your Honor? We'll give you two minutes, Vorbach. Thank you, Your Honor. Good morning, Your Honors. May it please the Court. With respect to the single register write limitation and Vorbach's application to that limitation, as we expressed in our briefing, we believe that the correct way to look at this situation is that the functions are internally facing within a PAE and interconnections are outwardly facing between one PAE and a cascade of other PAEs in an array. We can see this in the figure. The PAEs are all in the same chip or outside the chip? PAEs, the way I would think about it, are Interconnecting to other PAEs is within the same chip? I believe the PAEs are their own individual chips and they are connecting with other chips, and so you can have an array of chips, but each So in your view, interconnection is limited to connecting the chip to the outside? Correct. And as we can see, for instance, in Vorbach, figure 2, page 1131 of the appendix, which shows a single PAE, and within this single PAE, this is where the functions in question are happening. The EALU, component 208, is the component that performs the functions of arithmetic, logic, and other special functions such as trigonometry and counting. The EALU relies on other registers, including 204 and 205, and the multiplexer, 206, to be able to complete those functions. But what Claim 1 of the patent in question is reciting is the ability to perform a plurality of digital functions, and that is what is happening within the four corners of this PAE. The multiple digital functions being arithmetic, logic, and other special functions such as trigonometry and counting. This way of viewing the prior art and the patent in question is how the parties litigated this case before the board. And we can go back through the record and readily see that. For instance, in the board's decision instituting review, pages 293 to 294 of the appendix. At the bottom of page 293, the board notes that patent owner Monterey argues that 4-box M-Plureg means that even with a single F-Plureg, 4-box PAE is not configured with a single register write operation. The board goes on to say, while the M-Plureg controls a PAE's interconnection information, it does not control the function of the PAE itself, only how the PAE may interact with other such elements. After institution, this way of looking at the technology continued. Monterey in its own patent owner's response, page 406 of the appendix, argued that M-Plureg is required, since this is the last sentence on page 406 of the appendix, a write of M-Plureg is required since it configures the connections of the EALU and accordingly the internal connections, the internal connections being bolded and italicized, of the PAE are required. AMD sought to pin down this point in its reply brief, page 437 of the appendix, where AMD argued that Monterey still has not advanced a construction, essentially that would require interconnections to be an essential part of the, writing to register to do interconnections is not necessary for claim one to read on the prior art. So we believe the record is clear that this is how the parties viewed it before the board. I think the arguments in the briefing before this court that now that M-Plureg is necessary to configure interconnections and that interconnections matter within the claim language is incorrect. And again, representative claim, claim one, only requires a programmable digital circuit block that is configurable to perform any one of the plurality of predetermined digital functions. Interconnections is a term of art in this field and it's not used in claim one, only functions are. Unless the court has any further questions, I will return my time to the court. Okay, thank you. Thank you, Your Honor. Just to pick up on this point of, well, the interconnections, I think that if you look at not only the portions of column two that we talked about earlier, and there are other portions, in particular in column five that we also talked about, column five lines 28 to 43 it looks like, it's clear that configuration in this patent, it does include the interrelationship between one block and another block. It's not just internal. You make out of the language of the claim that says to perform any one of the plurality of predetermined digital functions. So even if interconnections were one of those functions, you don't need the M4A to perform every function. Yes, Your Honor. And I'm not arguing that all functions have to be performed. My argument is not based on that. I'm simply saying that for any of these individual functions, the interrelationship between that block and another block has to be defined in the MPLU register for the overall array of blocks to function properly. One has to know who it's communicating with and where that data is going so that the receiving block gets the right information and not some erroneous information. So that register has to be written to to configure that relationship before it performs the function. It can't perform the function until that register is configured. Also in claim to, dependent claim to, it talks about how the block is configured into a serial arrangement. So that's, again, that's an external relationship. I think it's also other dependent claims, but claim 16, which depends from claim 15, 15 is a method of configuring a programmable digital circuit block. Claim 16 says wherein said configuring includes configuring the programmable digital circuit block into a serial arrangement. Claim 17 recites a parallel arrangement. So it's not just the FPLU register that has to be set. The MPLU register also has to be set before that block performs its logic function. I think we're out of time. Thank you.